IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED JAN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NURSE EFREN GARZA, et al.,<br><br>Defendants. | No. C 04-5073 SBA (PR)<br><br>**<u>NOTICE REGARDING INABILITY TO CONFIRM CURRENT ADDRESSES FOR DEFENDANTS SLOAN, PINTO AND GARZA</u>** |

The Court has discovered that Defendants Sloan, Pinto and Garza are no longer employed by the county medical facility assigned to the Santa Clara County Jail. The Court has located the last known addresses of Defendants Sloan, Pinto and Garza, but as a precaution it will contact their former employer to determine if more current addresses exist. Because Plaintiff is incarcerated and cannot communicate directly with the contact person at the Santa Clara County Jail, the Clerk of the Court is directed to send a letter to: Dave Manson, Human Resources Manager, Santa Clara Valley Health and Hospital Systems, 2325 Enborg Lane, Suite 1H105, San Jose, CA 95128. The Clerk shall inquire about whether Mr. Manson can furnish the Court with the current addresses of Defendants Sloan, Pinto and Garza, who worked at the Santa Clara County Jail on or about December, 2001 to December, 2002. In the event that the United States Marshal is unable to serve Defendants Sloan, Pinto and Garza at their last known addresses and Mr. Manson is unable to furnish the Court with the current addresses of Defendants Sloan, Pinto and Garza, Plaintiff is directed to continue his attempts to locate Defendants Sloan, Pinto and Garza.

While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." <u>Rochon v. Dawson</u>, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is

unable to effectuate service and the plaintiff is informed, the plaintiff must seek to remedy the situation or face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m). See Fed. R. Civ. P. 4(m) (If service of the summons and complaint is not made upon a defendant in 120 days after the filing of the complaint, the action must be dismissed without prejudice as to that defendant absent a showing of "good cause."); see also Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official).

No later than **ninety (90) days** from the date of this Order, Plaintiff must provide the Court with the current addresses for Defendants Sloan, Pinto and Garza. Plaintiff should review the federal discovery rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the current addresses of Defendants Sloan, Pinto and Garza.

**If the United States Marshal is unable to serve Defendants Sloan, Pinto and Garza at their last known addresses, if Mr. Manson is unable to furnish the Court with their current addresses, and if Plaintiff fails to provide the Court with their current addresses within the ninety-day deadline, all claims against Defendants Sloan, Pinto and Garza will be dismissed without prejudice under Rule 4(m).**

IT IS SO ORDERED.

DATED: 1/3/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GOLDSTEIN,

        Plaintiff,

v.

GARZA et al,

        Defendant.
_____/

Case Number: CV04-05073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - San Quentin
San Quentin, CA 94964

Dated: January 3, 2008

                                        Richard W. Wieking, Clerk
                                        By: Jessie Mosley, Deputy Clerk