FILED

JAN - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NURSE EFREN GARZA, et al.,<br><br>Defendants. | No. C 04-5073 SBA (PR)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PERSONALLY SERVE DEFENDANT EFREN GARZA PURSUANT TO FRCP 4(e)(2)** |

This Order concerns the matter of service upon Defendant Efren Garza, identified by Plaintiff as the nurse manager at the Santa Clara County Jail. The Court has discovered that Defendant Garza is no longer employed by the county medical facility, and the Court has located his last known address.

Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Garza at his last known address, which shall be given to the Marshal and filed under seal. The United States Marshal shall serve Defendant Garza "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Defendant Garza "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of: (1) the amended complaint as well as copies of all attachments thereto (Pl.'s Ex. M); (2) the Court's July 3, 2003 Order Dismissing Claims with Leave to Amend in Case No. C 03-1556 SBA (PR) (docket no. 18 in Case No. C 03-1556 SBA (PR)); and (3) the Court's Order of Service and

Providing Notice of Intent to Vacate Judgment in Case No. C 03-1556 SBA (PR). The United States Marshal shall attempt personal service at that address within **fourteen (14) days**. The Clerk shall include on the summons form, USM 285, the following special instructions:

> Pursuant to Rule 4(e)(2), the United States Marshal shall serve Efren Garza "personally" or at his "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Efren Garza "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be provided in an addendum, which shall be filed under seal.

IT IS SO ORDERED.

DATED: 1/3/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GOLDSTEIN,

    Plaintiff,

v.

GARZA et al,

    Defendant.

Case Number: CV04-05073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - San Quentin
San Quentin, CA 94964

Dated: January 3, 2008

                                              Richard W. Wieking, Clerk
                                              By: Jessie Mosley, Deputy Clerk