United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>NURSE EFREN GARZA, et al.,<br><br>    Defendants.                   / | No. C 04-5073 SBA (PR)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO PERSONALLY SERVE DEFENDANT MONEESHA PINTO PURSUANT TO FRCP 4(e)(2)** |

      This Order concerns the matter of service upon Defendant Moneesha Pinto, identified by Plaintiff as a physician at the Santa Clara County Jail. The Court has discovered that Defendant Pinto is no longer employed by the county medical facility, and the Court has located Defendant Pinto's last known address.

      In an Order dated January 3, 2008, the Court directed the United States Marshal to personally serve Defendant Pinto. The summons was returned unexecuted because Defendant Pinto was unavailable when the United States Marshal attempted service at Defendant Pinto's last known address, and there was "no response" to a note that was left for Defendant Pinto.

      Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Pinto at Defendant Pinto's last known address, which shall be given to the Marshal and filed under seal. The United States Marshal shall serve Defendant Pinto "personally" or at Defendant Pinto's "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Defendant Pinto "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

1  The Clerk shall provide the United States Marshal with the necessary summons and copies
2  of: (1) the amended complaint as well as copies of all attachments thereto (Pl.'s Ex. M); (2) the
3  Court's July 3, 2003 Order Dismissing Claims with Leave to Amend in Case No. C 03-1556 SBA
4  (PR) (docket no. 18 in Case No. C 03-1556 SBA (PR)); and (3) the Court's Order of Service and
5  Providing Notice of Intent to Vacate Judgment in Case No. C 03-1556 SBA (PR). The United States
6  Marshal shall attempt personal service at that address within **thirty (30) days**. The Clerk shall
7  include on the summons form, USM 285, the following special instructions:

> Pursuant to Rule 4(e)(2), the United States Marshal shall serve Moneesha Pinto "personally" or at Moneesha Pinto's "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of Moneesha Pinto "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be provided in an addendum, which shall be filed under seal.

IT IS SO ORDERED.

DATED: 2/14/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.04\Goldstein5073.serve2ndPINTO.wpd

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDSTEIN, | Case Number: CV04-05073 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GARZA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - San Quentin
San Quentin, CA 94964

Dated: February 19, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.04\Goldstein5073.serve2ndPINTO.wpd