IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,         )<br>                              )<br>     Plaintiff,              )<br>                              )<br>  v.                          )<br>                              )<br>NURSE EFREN GARZA, et al.,    )<br>                              )<br>     Defendants.              )<br>_____) | No. C 04-5073 SBA (PR)<br><br>**SECOND NOTICE REGARDING INABILITY TO CONFIRM CURRENT ADDRESSES FOR DEFENDANTS PINTO AND GARZA** |

In an Order dated January 3, 2008, the Court issued a "Notice Regarding Inability to Confirm Current Addresses for Defendants Sloan, Pinto and Garza." The Court noted that Defendants Sloan, Pinto and Garza were no longer employed by the county medical facility assigned to the Santa Clara County Jail. After being contacted by the Clerk of the Court, Dave Manson, Human Resources Manager of the Santa Clara Valley Health and Hospital Systems, furnished the Court with the last known addresses of Defendants Sloan, Pinto and Garza. The Court directed the United States Marshal to serve Defendants Sloan, Pinto and Garza at their last known addresses. Plaintiff was directed to continue his attempts to locate Defendants Sloan, Pinto and Garza and to provide the Court with the current addresses for Defendants Sloan, Pinto and Garza within ninety days from the date of the January 3, 2008 Order. The Court warned Plaintiff: "If the United States Marshal is unable to serve Defendants Sloan, Pinto and Garza at their last known addresses, if Mr. Manson is unable to furnish the Court with their current addresses, and if Plaintiff fails to provide the Court with their current addresses within the ninety-day deadline, all claims against Defendants Sloan, Pinto and Garza will be dismissed without prejudice under Rule 4(m)." (Jan. 3, 2008 Order at 2.)

Defendant Sloan has since been served; however, Defendants Pinto and Garza have not been served as each summons was returned unexecuted on February 7, 2008. Moreover, the ninety-day deadline has passed, and Plaintiff has failed to furnish the Court with Defendants Pinto and Garza current addresses.

On February 20, 2008, the Court reissued summons as to Defendants Pinto and Garza. To date, the United States Marshal has been unable to serve Defendants Pinto and Garza. Because the

record shows that Plaintiff is no longer incarcerated[1] and in the interest of justice, the Court GRANTS Plaintiff a brief extension of time to furnish the Court with their current address. No later than **twenty (20) days** from the date of this Order, Plaintiff must provide the Court with the current addresses for Defendants Pinto and Garza. Plaintiff should review the federal discovery rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the current addresses of Defendants Pinto and Garza.

**If the United States Marshal is unable to serve Defendants Pinto and Garza at their last known addresses and if Plaintiff fails to provide the Court with their current addresses within the twenty-day deadline, all claims against Defendants Pinto and Garza will be dismissed without prejudice under Rule 4(m).**

IT IS SO ORDERED.

DATED: 4/22/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] On February 25, 2008, Plaintiff filed a Notice of Change of Address indicating that his new address is 101 Hyde Street, San Francisco, CA 94102.

P:\PRO-SE\SBA\CR.04\Goldstein5073.second4(m)NOTICE.frm   2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GOLDSTEIN,

        Plaintiff,

  v.

GARZA et al,

        Defendant.

Case Number: CV04-05073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein
101 Hyde Street
San Francisco, CA 94102

Dated: April 23, 2008

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk