IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,              )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>    v.                                                    )<br>                                                              )<br>NURSE EFREN GARZA, et al.,      )<br>                                                              )<br>            Defendants.                       )<br>_____ ) | No. C 04-5073 SBA (PR)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST DEFENDANTS PINTO AND GARZA AND TERMINATING PENDING MOTION** |

       In an Order dated April 22, 2008, the Court issued a "Second Notice Regarding Inability to Confirm Current Addresses for Defendants Pinto and Garza." The Court noted that Defendants Pinto and Garza were no longer employed by the county medical facility assigned to the Santa Clara County Jail. The Court directed the United States Marshal to re-serve Defendants Pinto and Garza at their last known addresses. Plaintiff was directed to continue his attempts to locate Defendants Pinto and Garza and to provide the Court with the current addresses for Defendants Pinto and Garza within twenty days from the date of the April 22, 2008 Order. The Court warned Plaintiff: "If the United States Marshal is unable to serve Defendants Pinto and Garza at their last known addresses and if Plaintiff fails to provide the Court with their current addresses within the twenty-day deadline, all claims against Defendants Pinto and Garza will be dismissed without prejudice under Rule 4(m)." (Apr. 22, 2008 Order at 2.)

       Defendants Pinto and Garza have not been served as each summons was returned unexecuted on May 28, 2008. Moreover, the twenty-day deadline has passed, and Plaintiff has failed to furnish the Court with Defendants Pinto and Garza current addresses.

       As Plaintiff is proceeding in forma pauperis (IFP), he is responsible for providing the Court with current addresses for all Defendants so that service can be accomplished. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994); Sellers v. United States, 902 F.2d 598, 603 (7th Cir. 1990).

       Pursuant to Federal Rule of Civil Procedure 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service.

When advised of a problem accomplishing service, a pro se litigant proceeding IFP must "attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service through no fault of his own, e.g., because the plaintiff failed to provide sufficient information, the plaintiff must seek to remedy the situation or face dismissal. See Walker, 14 F.3d at 1421-22 (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official or that he requested that official be served); see also Del Raine v. Williford, 32 F.3d 1024, 1029-31 (7th Cir. 1994) (prisoner failed to show good cause for failing to timely effect service on defendant because plaintiff did not provide marshal with copy of amended complaint until after more than 120 days after it was filed).

In an Order dated April 22, 2008, the Court informed Plaintiff of the United States Marshal's inability to serve Defendants Pinto and Garza and directed Plaintiff to provide the Court with a current address for Defendants Pinto and Garza within twenty days of the Order. Twenty days have passed, and Plaintiff has failed to provide the Court with Defendants Pinto's and Garza's current addresses. Accordingly, all claims against Defendants Pinto and Garza are DISMISSED without prejudice under Rule 4(m).

Also before the Court is Plaintiff's Motion for Order Directing Santa Clara County Counsel's Office to Answer for Defendants Garza and Pinto (docket no. 68). Pursuant to this Order dismissing Defendants Pinto and Garza without prejudice under Rule 4(m), Plaintiff's motion is DENIED.

This Order terminates Docket no. 68.

IT IS SO ORDERED.

DATED: 5/29/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.04\Goldstein5073.4(m)dismissal.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GOLDSTEIN,

        Plaintiff,

  v.

GARZA et al,

        Defendant.
_____/

Case Number: CV04-05073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein
101 Hyde Street
San Francisco, CA 94102

Dated: May 30, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.04\Goldstein5073.4(m)dismissal.frm