1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  SERGEANT PATRICK CORSO,
   CHRISTINE FERRY, AND DR. EARLE
7  SLOAN

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  DARRYL LEE GOLDSTEIN            )   No.   C04-5073 SBA (MV)
                                    )
13       Plaintiff,                 )   1.  **REQUEST OF SELECT DEFENDANTS**
                                    )       **TO BE RELIEVED OF OBLIGATION**
14  v.                              )       **TO ATTEND SETTLEMENT**
                                    )       **CONFERENCE**;
15  NURSE EFREN GARZA, et al.       )
                                    )   2.  **DECLARATION OF MARK F. BERNAL;**
16       Defendants.                )
                                    )   3.  [PROPOSED] **ORDER**
17  _____    )

18              **REQUEST OF SELECT DEFENDANTS TO BE RELIEVED**
                **OF OBLIGATION TO ATTEND SETTLEMENT CONFERENCE**

19  TO THE HONORABLE MAGISTRATE JUDGE NANDOR VADAS AND TO PRO SE

20  PLAINTIFF DARRYL LEE GOLDSTEIN:

21       Please take notice that individual Defendants, Sergeant Patrick Corso, Dr. Earle Sloan, and

22  Christine Ferry hereby respectfully request that they be excused from appearing in person at the

23  recently scheduled settlement conference, which is set for June 18, 2008, at 1:30 p.m.  In the

24  alternative, these Defendants request that they be allowed to participate via telephone.

25       This request is made on the following grounds:

26  1.   If any settlement amount is paid, it will be done so by Defendant County of Santa

27  Clara, rather than by the individual Defendants.  The County will have a claims adjuster

28  personally present at the settlement conference with settlement authority and the ability to enter

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Req. of Select Defendants to be Relieved of
Obligation to Attend Settlement Conference        -1-                    C04-5073 SBA (MV)

1  into a settlement that day;

2      2.    Defendant Corso recently underwent invasive abdominal surgery and is on medical

3  disability until at least June 26, 2008;

4      3.    Defendant Ferry has a long-scheduled family vacation with her immediate family

5  and out-of-state relatives the week of June 16, 2008; and,

6      4.    Defendant Sloan retired from his County position six years ago and now resides in

7  Oregon.

8      This request is supported by the Declaration of Deputy County Counsel Mark F. Bernal,

9  which is set forth immediately below.

10 Dated: June 4, 2008                               Respectfully submitted,

11                                               ANN MILLER RAVEL
   County Counsel

12

                               By:       /S/

13                                    MARK F. BERNAL
   Deputy County Counsel

14

                                   Attorneys for Defendants
15                                 COUNTY OF SANTA CLARA,
                                   SERGEANT PATRICK CORSO,
16                                 CHRISTINE FERRY, AND
                                   DR. EARLE SLOAN

17

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Req. of Select Defendants to be Relieved of
Obligation to Attend Settlement Conference    -2-    C04-5073 SBA (MV)

**DECLARATION OF MARK F. BERNAL**

I, Mark F. Bernal, declare:

1. I am a Deputy County Counsel for the County of Santa Clara and attorney of record for all Defendants currently appearing in this action. I am licensed to practice before all courts in the State of California, as well as the Northern and Southern Districts of this Court. I have personal knowledge of all facts set forth below, and if called upon to testify I could and would testify competently thereto.

2. On Friday, May 30, 2008, I received notice from this Court that the above-captioned matter was referred to a settlement conference with Magistrate Judge Nandor Vadas on June 18, 2008.

3. On Monday, June 2, 2008, I learned of Magistrate Judge Vadas' standing order requiring all named defendants to appear in person absent an order from Magistrate Judge Vadas excusing them from that personal appearance.

4. On Monday, June 2, 2008, I began efforts to contact all named Defendants to determine their availability for appearing at the settlement conference.

5. On June 2, 2008, I spoke with Defendant Corso by telephone. I learned that Defendant Corso underwent invasive abdominal surgery approximately two weeks ago and is on disability leave until at least June 26, 2008. He is currently recuperating in his home. I am in the course of working with Defendant Corso to comply with Judge Armstrong's order in this matter that he respond to written discovery by June 20, 2008. To comply with that dead line, I have made arrangements to personally meet with Defendant Corso in his home to prepare the appropriate responses.

6. On June 2, 2008, I spoke with Defendant Ferry by telephone. I learned that Defendant Ferry's daughter is graduating from college. In celebration of that event she has scheduled a vacation for the week of June 16, 2008, with her immediate family and other out-of-state relatives. The vacation has been scheduled for several months.

7. On June 3, 2008, I spoke with Defendant Sloan by telephone. I learned that Defendant Sloan no longer resides in California. He retired from his County position six years

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Req. of Select Defendants to be Relieved of
Obligation to Attend Settlement Conference   -3-   C04-5073 SBA (MV)

1  ago and resides in Oregon.

2      8.   Defendant County of Santa Clara will pay any settlement amounts should this matter
3  resolve by settlement on June 18, 2008.  The individual Defendants will have no obligation to
4  contribute to any such settlement.  The County will be represented at the settlement conference
5  by me and a claims adjuster with settlement authority for all Defendants.  That claims adjuster
6  will have authority to enter into a settlement agreement on that day should the parties agree to a
7  settlement.

    I declare under penalty of perjury that the foregoing is true and correct and that this
9  Declaration is executed by me on June 4, 2008, in San Jose, California.

10                                     /S/
                                      MARK F. BERNAL
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Req. of Select Defendants to be Relieved of
Obligation to Attend Settlement Conference    -4-                C04-5073 SBA (MV)

# [PROPOSED] ORDER

Having considered the foregoing Request and Declaration, and good cause appearing therefore, it is hereby ordered as follows:

1.  Defendant Patrick Corso [is / is not] excused from appearing in person at the June 18, 2008, Settlement Conference in this matter. Defendant Patrick Corso is hereby ordered to be available by telephone to participate as needed in the Settlement Conference beginning at 1:30 p.m. on June 18, 2008;

2.  Defendant Christine Ferry [is / is not] excused from appearing in person at the June 18, 2008, Settlement Conference in this matter. Defendant Christine Ferry is hereby ordered to be available by telephone to participate as needed in the Settlement Conference beginning at 1:30 p.m. on June 18, 2008;

3.  Defendant Earl Sloan [is / is not] excused from appearing in person at the June 18, 2008, Settlement Conference in this matter. Defendant Earl Sloan is hereby ordered to be available by telephone to participate as needed in the Settlement Conference beginning at 1:30 p.m. on June 18, 2008.

IT IS SO ORDERED.

Dated:   6/10/08

_____
NANDOR VADAS
United States Magistrate Judge

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Req. of Select Defendants to be Relieved of
Obligation to Attend Settlement Conference   -5-   C04-5073 SBA (MV)