IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>  Plaintiff,<br><br>  v<br><br>NURSE EFRON GARZA et al.,<br><br>  Defendants. | Case No C04-5073<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

  A settlement conference in this matter was held on June 18, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

 ☒ Plaintiff

 ☐ Warden or warden's representative

 ☐ Office of the California Attorney General

 ☒ Other: Mark Bernal, County Counsel for Santa Clara County

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3       ☒ The case has been completely settled.

4       ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7       ☐ The parties agree to an additional follow up settlement on

8  _____.

9       ☐ The parties are unable to reach an agreement at this time.

10 Date:  6/23/08

11                                    Nandor J Vadas
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Goldstein | No. C 04-5073 SBA |
| v. | CERTIFICATE OF SERVICE |
| Garza _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/23/08  , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Darryl Lee Goldstein**
101 Hyde Street
San Francisco, CA 94102


RICHARD W. WIEKING, CLERK


By:/s/_____
       Deputy Clerk

3