IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>NURSE EFREN GARZA, et al.,<br><br>    Defendants. | No. C 04-5073 SBA (PR)<br><br>**ORDER DISMISSING ACTION** |

    This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On June 18, 2008, the parties appeared before Magistrate Judge Vadas for a settlement conference. The Court has been notified by Magistrate Judge Vadas of the settlement of this action.

    Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED: 6/19/08

                                              _Saundra B Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

P:\PRO-SE\SBA\CR.04\Goldstein5073.dismissal.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

v.

NURSE EFREN GARZA et al,

        Defendant.
_____/

Case Number: CV04-05073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein
101 Hyde Street
San Francisco, CA 94102

Magistrate Judge Nandor Vadas
P.O. Box 1306
Eureka, CA 95502

Mark F. Bernal
Office of the County Counsel
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110

cc: Lisa Clark, Lorene Debose, Gina Campbell

Dated: June 23, 2008

Richard W. Wieking, Clerk
By: Ivy L. Garcia for Lisa R. Clark, Deputy Clerk

P:\PRO-SE\SBA\CR.04\Goldstein5073.dismissal.f2m