1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA,
SERGEANT PATRICK CORSO,
CHRISTINE FERRY, AND DR. EARLE
SLOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DARRYL LEE GOLDSTEIN | ) C04-5073 SBA (PR) |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| NURSE EFREN GARZA, et al. | ) |
| Defendants. | ) |

The Defendants hereto, by and through their counsel of record, and the Plaintiff hereto hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1    Each side shall bear their own attorneys' fees and costs of the suit.

2  IT IS SO STIPULATED:

3                                                           ANN MILLER RAVEL
                                                            County Counsel
4

5  Dated: _____                        By: _____
                                                            MARK F. BERNAL
6                                                           Deputy County Counsel

7                                                 Attorneys for Defendants
                                                  COUNTY OF SANTA CLARA,
8                                                 SERGEANT PATRICK CORSO,
                                                  CHRISTINE FERRY, AND DR.
9                                                 EARLE SLOAN

10

11

12  Dated: _____                       By: _____
                                                            DARRYL LEE GOLDSTEIN
13                                                          Plaintiff, in pro se

14

15

16  IT IS SO ORDERED:

17

18  Dated:_7/1/08                                 _____*Saundra B Armstrong*_____
                                                  SAUNDRA BROWN ARMSTRONG
19                                                United States District Judge

28  Stip Re Dismissal.wpd